## Myrtle L. Eils, Appellant, v. Nancy Works, Appellee.

Gen. No. 42,771.

opinion filed May 23, 1944. Frederick J. Bertram, for appellant; Wilson & McIlvaine, for appellee; J. F. Dammann and Sidney K. Jackson, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.